ROBERT MAGLIES v. THE PLANNING BOARD OF THE TOWNSHIP OF EAST BRUNSWICK.

May 28, 1980.

Petition for certification denied. (See 173 *N.J.Super.* 419)

STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANS-PORTATION v. BARTON INVESTMENT ASSOCIATES.

May 28, 1980.

Petition for certification denied.

PATRICIA LIMOZINERE v. LEWIS L. COLBY, SR.

May 28, 1980.

Petition for certification denied.